# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2024

### NO. 03-22-00797-CV

**Appellant, Pedernales Electric Cooperative, Inc.// Cross-Appellants, Samuel S. White, Janette Barlow, Gregory Colon and Stephanie Colon**

**v.**

**Appellees, Samuel S. White, Janette Barlow, Gregory Colon and Stephanie Colon//Cross-Appellee, Pedernales Electric Cooperative, Inc.**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND KELLY
### REVERSED AND RENDERED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on November 16, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, we reverse the trial court's judgment, vacate the permanent injunction against PEC, and render judgment that the Landowners take nothing on their claims against PEC. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.